# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BILLY JOE JOHNSON, JR., | ) | Case No. CV 19-8119-ODW (SP) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| ROBERT NEUSCHMID, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: October 20, 2020

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE